UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TIMOTHY S. GALLAGHER,<br><br>    Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY, Commissioner of Social Security,<br><br>    Defendant. | Case No. CV-24-40-BU-KLD<br><br>JUDGMENT IN A CIVIL CASE |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

  IT IS ORDERED AND ADJUDGED That the Commissioner's final decision denying Gallagher's claim for Title II disability benefits and Title XVI supplemental security income benefits is AFFIRMED. This case is DISMISSED with prejudice.

  Dated this 18th day of September, 2025

        TYLER P. GILMAN, CLERK


        By: /s/ Hailey Jaksha
           Deputy Clerk